**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

In re:

TERRI M. JOHNSON,                                   Case No. 18-30552-KLP
                                                    Chapter 13
        Debtor.

**Order Setting Hearing**

**NOTICE IS HEREBY GIVEN** that a hearing will be held at:

Judge Phillips' Courtroom – U.S. Bankruptcy Court, 701 East Broad Street, Room 5100, Richmond, VA  23219

**Date:  JULY 3, 2018**
**Time:  10:00 AM**

for the Court to determine why the above-captioned case should not be dismissed due to the debtor's / debtors' failure to:

take timely action under Local Bankruptcy Rule 3015-2.

Date:   June 19, 2018                              /s/ Keith L. Phillips
                                                   United States Bankruptcy Judge

**Copies to:**                         Entered on Docket:  June 20 2018

Debtor
Attorney for Debtor, if applicable
Trustee
United States Trustee